Nicholas Kittleson
78-6920 Alii Drive, Unit 218
Kailua-Kona, Hawai'i  96740
(907) 538-1730
nkittleson@gmail.com
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Denaly McAlister,<br><br>       Plaintiff,<br><br>       v.<br><br>State of Alaska, Department of Public Safety, Grant Miller, Brent Hatch, Lucas Altepeter, Nathan Duce, Sawyer Philbrick, Emily Jourdan, and Taumaoe Malaki<br><br>       Defendants. | Case No. 3:23-CV-0029-HRH |

### **MOTION FOR ENTRY OF DEFAULT - PHILBRICK**

Denaly McAlister respectfully requests entry of default against defendant Sawyer Philbrick pursuant to Federal Rule of Civil Procedure 55(a) and (b)(2).  The Court has suggested this course given that the defendant has failed to plead or otherwise defend within the required timeframe.[1]

Damages and attorney fees cannot be established at this time.  Ms. McAlister's damages are ongoing until she is reinstated into her position with the Department of

---

[1] Order, docket 38, dated July 26, 2023.

Public Safety. The trial verdict will establish the date of her reinstatement, back pay and economic, compensatory and punitive damages. Her attorney fees are determined following the entry of the jury verdict. So final entry of judgment against Mr. Philbrick must await the outcome of a jury trial against the remaining defendants. Federal Rule of Civil Procedure 55(b)(2).

Respectfully submitted this 31st day of July, 2023.

/s/ Nicholas Kittleson
Nicholas Kittleson
ABA # 9711090
Counsel for the plaintiff
78-6920 Alii Drive, Unit 218
Kailua-Kona, Hawai'i 96740
 (907) 538-1730
nkittleson@gmail.com

I certify that on the 31st day of July, 2023
a copy of the foregoing was delivered
electronically via CM/ECF to:

Andy C. Miller (Alaska DPS, Miller, Hatch, Altepeter, Duce)
Richard D. Monkman (Jourdan)
K. Amanda Saunders (Jourdan)
Chloe E. Cotton (Jourdan)
Brooks Chandler (Malaki)

And via email to
Sawyer Philbrick (sawyer.philbrick@hotmail.com )

/s/ Nicholas Kittleson