IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DENALY MCALISTER,

        Plaintiff,

vs.

STATE OF ALASKA, DEPARTMENT OF PUBLIC SAFETY, et al.,

        Defendants.

No. 3:23-cv-0029-HRH

O R D E R

Motion for Entry of Default

Plaintiff moves for the entry of default as to defendant Philbrick.[1]

On May 18, 2023, defendant Philbrick executed a waiver of service of summons,[2] in which he agreed to respond to plaintiff's complaint within 60 days from May 3, 2023. Defendant Philbrick's response to plaintiff's complaint was due on or about July 3, 2023. Defendant Philbrick has not responded to plaintiff's complaint.[3]

---

[1]Docket No. 43. This motion was mistakenly described as a motion for default judgment on the court's docket. Plaintiff is seeking the entry of default, not default judgment as to defendant Philbrick.

[2]Docket No. 23-1.

[3]Plaintiff filed an amended complaint on June 20, 2023, a date prior to the date on which defendant Philbrick was to have responded to plaintiff's original complaint. It is unclear to the court whether Philbrick was copied with the amended complaint; but the fact remains that Philbrick has defaulted on his commitment to serve and file a response to plaintiff's complaint by July 3, 2023.

ORDER – Motion for Entry of Default                                                            - 1 -

Based upon defendant Philbrick's waiver of service of summons,[4] the court finds that defendant Philbrick has failed to plead or otherwise defend. Fed. R. Civ. P. 55(a). The default of defendant Philbrick is now entered.

Pursuant to Rule 55(b), Federal Rules of Civil Procedure, the court will delay entry of judgment against defendant Philbrick until such time as a jury verdict has been rendered. Damages and attorney fees will be calculated at that time and apportioned against defendant Philbrick based on the verdict.

The clerk of court will please mail a copy of this order and plaintiff's first amended complaint to defendant Philbrick at the address appearing on his waiver.[5]

DATED at Anchorage, Alaska, this  17th  day of August, 2023.

/s/ H. Russel Holland
United States District Judge

cc: Sawyer Philbrick
12 Shepard Hill Road
Holderness NH 03245

---

[4]Docket No. 23-1.

[5]Id. at 2.