# EXHIBIT TABLE OF CONTENTS

| Exhibit Letter | Exhibit Description |
|---|---|
| Dep. | October 9, 2024 Deposition of Denaly McAlister (Excerpted) |
| A | June 24, 2016, Department of Public Safety Training Academy Entrance Standards |
| B | Acknowledgment Page |
| C | May 10, 2021, Admission Letter |
| D | August 9, 2021, Appeal Request |
| E | July 29, 2021, Dismissal from DPS Training Academy/ Integrity Violation |
| F | November 8, 2018, DPS Training Academy Guide, Conduct |
| G | August 6, 2021, Memo re integrity violations by recruits C.P. and McAlister |
| H | August 6, 2021, Dismissal from DPS Training Academy/Integrity Violation |
| I | EEOC Denial Letter |
| J | July 22, 2022, Response letter from Kelley Roberson, State of Alaska, EEO Program Manager to Annelie Greer, Enforcement Supervisor, U.S. Equal Employment Opportunity Commission |
| K | June 24, 2026, Employment Disclaimer |
| L | August 6, 2021, signed Student Performance Evaluation |
| M | August 6, 2021, McAlister Note Card |
| N | E.M. Statement |
| O | December 10, 2019, Memo to Leon Morgan from Grant Miller re: Ms. Denaly McAlister – Academy Dismissal |
| P | August 9, 2021, Memo to Richard Roberts from Grant Miller re: Dismissal – Ms. Denaly McAlister |
| Q | August 6, 2021, Note Cards |
| R | August 5, 2021, Memo from Corporal Brent Hatch re: Poor Decision Making |
| S | August 10, 2021, Memo to Grant Miller from Lucas Altepeter re: Recruit McAlister |
| T | August 10, 2021, Memo to Lieutenant Grant Miller from Corporal Brent Hatch re: Recruit McAlister |
| U | August 10, 2021, Memo to Lieutenant Grant Miller from Corporal Nathan Duce re: Recruit McAlister – Integrity Violation |
| V | September 10, 2021, Memo to Leon Morgan from Lindy Henrick re: Findings Memo – C2021-0116 – Former Recruit McAlister's Dismissal |