

## Department of Public Safety

DIVISION OF ALASKA WILDLIFE TROOPERS
Office of the Director

5700 East Tudor Road
Anchorage, Alaska 99507 1225
Main: 907.269.5641
Fax: 907.269.5079

May 10, 2021



Dear Miss McAlister,

Congratulations! This letter will serve as confirmation of your appointment as a probationary Alaska Wildlife Trooper Recruit with the Department of Public Safety (DPS), effective **July 25, 2021**. The DPS Training Academy staff will contact you with necessary arrival dates and COVID-19 protocol prior to your arrival in Sitka, Alaska.

Once you arrive in Sitka, you will follow directions from Lieutenant Grant Miller as you begin your initial training. Under separate cover, you will receive instructions from the DPS Training Academy on travel arrangements you must make and items to bring to facilitate your training. You will be responsible for transportation and costs to arrive in Sitka, Alaska. **Do not make any arrangements to move your household until you have been notified of your training post, which will occur later in the training process.**

By joining the ranks of the Division of Alaska Wildlife Troopers, you have accepted a position with one of the finest and most unique law enforcement agencies in the nation. Your upcoming training will challenge you and test your character and endurance. With determination and integrity, you can succeed.

Sincerely,

Colonel Douglas A. Massie
Director, Alaska Wildlife Troopers

cc: Major Steve Adams, Deputy Director
Lieutenant Grant Miller, Academy Commander
Audrey Ayay-DeHart, Administrative Assistant II
Ashleigh Crawford, Administrative Assistant III
Tracey Johnson, Administrative Assistant II
Dawn Barragan, Criminal Justice Technician II
Mariah Groshek, Criminal Justice Technician I
April Eichhorn, Administrative Assistant I
Brandy See, Director's Secretary
Justin Bode, Information System Coordinator
DPS Recruitment
Public Safety Employees Association
Public Protection Payroll

**Exhibit C - Page 1 of 1**

SOA 000307