

# THE STATE
## of ALASKA
GOVERNOR MIKE DUNLEAVY

## Department of Public Safety

OPERATIONS SUPPORT BUREAU
Department of Public Safety Training Academy

877 Sawmill Creek Road
Sitka, Alaska 99835-7455
Main: 907.747.6611
Fax: 907-747-5606

## Memorandum

To:       Ms. Denaly McAlister
          Alaska Wildlife Trooper - Recruit

From:     Lieutenant Grant Miller
          Commander
          Department of Public Safety Training Academy

Date:     August 6, 2021

Subject:  Dismissal from DPS Training Academy / Integrity Violation

I have reviewed Corporal Altepeter's memo, which details his and Cpl. Duce's interaction with you this morning. Their contact with you, was regarding your dishonesty when asked about your discussing spelling words with fellow recruits during this morning's physical fitness challenge. You did so after being given specific instruction not to. It should go without saying, this was troubling and disappointing to hear.

My staff and I have been quite clear about our lack of tolerance for dishonesty. I personally advised the entire class the day you arrived that a lack of integrity, specifically lying, would not be accepted here.

Simply put, lying is unacceptable in our career field. We cannot retain students who are dishonest. As a result, you are hereby dismissed from the Department of Public Safety Training Academy. We wish you well in your future endeavors.

cc. Major Bernard Chastain, Deputy Director

   Major Steve Adams, Deputy Director

   Captain Richard Roberts, Assistant to Deputy Director

   Mrs. Mariah Groshek, Criminal Justice Tech I – DPS Training Academy

   Mr. Joseph Gamache, Executive Director, Alaska Police Standards Council