

THE STATE
of ALASKA
GOVERNOR MIKE DUNLEAVY

**Department of Public Safety**

OPERATIONS SUPPORT BUREAU
Department of Public Safety Training Academy

877 Sawmill Creek Road
Sitka, Alaska 99835-7455
Main: 907.747.6611
Fax: 907-747-5606

## Memorandum

To:    Recruit S████ P████
Alaska State Troopers

From:    Corporal Brent Hatch
Staff Instructor
Department of Public Safety Training Academy

Date:    August 5, 2021

Subject:    Poor Decision Making

On the morning of August 5, 2021 you attended training at the Blatchley Middle School Pool. Upon arrival to the pool facility, you were given explicit instructions on the locker room locations and the difference between the male locker room and the female locker room.

At the conclusion of training, you found that you were missing your bag. You went to the female locker room and stood in a location where you could clearly see into the locker room, where several females were disrobed. You did not announce your presence until a female recruit yelled at you to "Get the fuck out!" Rather than immediately back out of the doorway, you argued with the nude female recruit, who you were looking directly at, and stated that you weren't actually in the room. When she yelled at you a second time, you backed away from the doorway and eventually retrieved your missing bag.

This incident is troubling for several reasons. First, almost any rational person, when encountering a nude person in a place that is supposed to be private, will immediately avert their gaze and back away. Second, during your training in patrol procedures at this academy, you were taught not to stand in doorways. You were taught to stand to the side and out of view when announcing your presence. Third, when you were confronted about your inappropriate action, you chose to rationalize by saying that you weren't "actually" in the locker room.

Confidential Personnel Records

**Exhibit R - Page 1 of 2**

Finally, you stated to me that you were so stressed about not having your bag, that you didn't even see a partially disrobed female recruit, who was within four feet of the doorway you were standing in and in full view from your position. Your actions, while under stress in this training environment, are an important indicator of your future success as a Trooper in the field. If, while under stress, you are unable to act rationally, unable to act in accordance with your training, exhibit rationalizing behavior, or are subject to such intense physiological sensory responses that you become ineffective, I have serious doubts about your ability to carry out the duties of a law enforcement officer.

This incident, though not insurmountable, has become a significant hurdle for you to overcome. Your reputation in law enforcement begins here at the academy. We, in law enforcement, are and rightfully should be, held to a higher standard of conduct than people in other walks of life. The mere perception of impropriety in law enforcement is enough to put tremendous scrutiny not only upon you, but upon all members of your chosen profession. I hope that in the future you can exhibit better decision-making skills. I also hope that you are better able to adhere to the training and instructions that you are given.

I want to make it clear to you, as a male recruit, that you are not allowed in the female wing of the academy building unless with an instructor or TAC Officer, or at their explicit direction. Neither are you allowed to look into, or enter into, any area where female persons unrelated to you are likely in any state of undress. This instruction includes, but is not limited to, female staff restrooms in this or any other building and female locker rooms in this or any other building.

Your inability to follow instructions and your reactions under stress are objective criterion that can be used to determine your attitude, which can be found in section 5.2 of your academy guide. You are already on attitude probation for failing to follow instructions. Any additional instances of failing to follow instructions, rationalizing behavior, or dishonesty even in the slightest degree will result in progressive discipline, up to and including dismissal from the DPS Training Academy. Any deviation at all from your instructions regarding female facilities will be grounds for immediate dismissal.

cc. File



Confidential Personnel Records

**Exhibit R - Page 2 of 2**