

**THE STATE**
*of* **ALASKA**
GOVERNOR MIKE DUNLEAVY

DOL - 106
## Department of Public Safety

OPERATIONS SUPPORT BUREAU
DPS TRAINING ACADEMY

877 Sawmill Creek Road
Sitka, Alaska 99835
Main: 907.747.6611
Fax: 907.747.5606

# Memorandum

To:       Grant Miller
          Lieutenant, DPS Training Academy

From:     Lucas Altepeter
          Corporal, DPS Training Academy

Date:     August 10, 2021

Subject:  Recruit McAlister

On August 6, 2021 at approximately 0600 hours, I was participating in the Squad Challenge event for fitness training. This particular event involved a sprint, forward leaning rest (push-up position), and spelling a word from the weekly spelling lists. A late rule that was introduced into the event is that recruits are not to discuss the missed spelling words with each other.

Several recruits passed through each squad station. When Recruit M^REDACTED reached Corporal Hatch, she spelled her work correctly, however remained in the forward leaning rest. She told Corporal Hatch that she felt obligated to disclose two recruits were still discussing words. Recruit M^REDACTED said Recruits p**REDACTED** and McAlister were discussing words.

When recruit McAlister arrived to spell her word, I heard Corporal Hatch ask her if she was discussing words. She replied, "No Sir". He asked her if she was sure. Recruit McAlister said yes, she was sure.

As the recruits arrived in class at approximately 0800 hours, Corporal Hatch wrote some instructions to the recruits on the board. They were to take a 3x5 card and write their name and the date on the top. Then answer three questions. Did they tell anyone their word, did they hear anyone talk about their word, and did the solicit words from anyone.

Corporal Hatch instructed each recruit to take approximately 20 seconds and think about their answer. He actually gave them over a minute to think about it. He then told the class to carefully answer each question.

Recruits McAlister and P^REDACTED both indicated no answers to all. Because Recruit M^REDACTED specifically stated that each were talking, Lt. Miller along with Corporals Hatch, Duce and I decided that Corporal Duce and I would interview several students. We decided that in order to prevent clouding the issue, we would limit our questions to statement about words after new instructions were given. Further, we would only ask about words that were misspelled (meaning the next recruit in line would have to spell it). Corporal Duce and I conducted the interviews together. We selected one recruit at a time to join us in the library.

A concern I had is that given everyone may have a different understanding and different perspective, we might get so many conflicting versions of what occurred, that we may not be able to distinguish perspectives from integrity. However, this was not the case. Generally, the recollections of events were surprisingly consistent. So much so, we could have nearly built a timeline based on what recruits told us.

We interviewed Recruit P^REDACTED Recruit M^REDACTED Recruit M^REDACTED, Recruit P^REDACTE, Recruit G^REDACTED, Recruit P^REDACTED, Recruit M^REDACTED, Recruit McAlister, and finally Recruit P^REDACTED. We generally learned that recruit P^REDACTED was frustrated with the spelling portion of the event. And upon his return to his squad after each misspelled word, he expressed his frustration along with the misspelled word. It was also learned that Recruit McAlister was specifically discussing the words that were misspelled. At least once, she disclosed the word when asked. At least once, she disclosed a word to another recruit without being asked.

In the initial interview with Recruit McAlister, I told her that she was meeting with use because she lied about not disclosing the words. She responded and said that she didn't lie. When I told her what her classmates said, she told me that if she disclosed misspelled words, it must be because she forgot. She explained that she was thinking about her Charge of Quarters (CQ) duties and all of the things she still needed to complete. One example she provided is that she needed to write a daily quote on the board. Recruit McAlister told us that she was so stressed out by the daily activities and rigors of the fitness training, she couldn't remember what exactly happened. At one point, she even told me that she didn't know what the truth was. Recruit McAlister told us that during fitness training, she was using the WIN (what's important now) model and decided that evaluating her daily tasks was more important than her engagement in fitness training.

I asked Recruit McAlister if she used the time Corporal Branch gave her to think about her answers before writing the answers. Recruit McAlister told me she thought about it, however she did not remember disclosing misspelled words.

I was deeply troubled by her responses. It appeared to me that she was concerned about the possibility of getting dismissed and began making excuses and rationalizing. Unfortunately, if the excuses were a reality, it would indicate that she struggles to stay plugged-in during mildly challenging fitness exercises. Note that these particular exercises were designed to allow the recruits to have fun while challenging each other. Not to test the physical limitations of each recruit. Further, her responses could indicate that she was having a break from reality. I do not believe she was actually suffering from a break from reality.

I explained that her responses were as troubling to me as the possibility that she was being dishonest. I told her that we were going to take a break because I needed to discuss this with the Sergeant and Lieutenant. I asked her to remain in the library. Corporal Duce and I met with Sgt. Mau and Lt. Miller.

Recruit P^REDACTED was interviewed and ultimately admitted to his integrity violations.

By approximately 0940 hours, we went back to speak with Recruit McAlister. I immediately told her I thought she was making up the break in reality story to cover up that she knew she lied. Recruit McAlister then told me that she was so overwhelmed that morning, she actually showed up to fitness training in the wrong uniform. She was wearing the wrong shirt. She explained to me that she is intimidated by the other recruits because they seem to get it and clearly have so much more experience than she does.

I again told her that I thought she was making excuses and rationalizing. She immediately told me she was not making excuses because she'd already admitted she lied. This caught me off guard because previously, she was adamant that she did not lie, she simply forgot. I asked her what she meant by that. She said she knew she was lying when she folded the 3x5 card in the classroom (at approximately 0805 hours)

I told her that my first interview with her was at 0916 hours and she did not tell me she lied, made a mistake, or anything else when she filled out the paper. I told Recruit McAlister that she indicated that she made no statements about lying; but rather made excuses as to why she did NOT lie.

Recruit McAlister told Corporal Duce and me she thought she made it perfectly clear during the first part of our interview that she lied to us in the classroom. I told her that nothing she said to me conveyed that message. I looked at Corporal Duce. He told her that he too did not get any message that she lied.

Recruit McAlister explained that when she was in the classroom and she was told to fill out the answers, she knew they were a lied at the moment when she folded the card in half. I asked Recruit McAlister what she thought should happen next. She did not answer me either time I asked her that question. When I asked her what the Academy Guide said would happen, she answered "dismissed".

Recruit McAlister's statements from the second part of her interview are in direct contradiction with the statements she provided during the first part. In addition to lying to Corporal Hatch during fitness training and on the 3x5 card, it was immediately clear to me that she either lied in the first half; or is lying in the second half.

I told Recruit McAlister to remain in the library. Corporal Duce and I met with Sgt. Mau and Lt. Miller. We were told that Recruits McAlister and P**REDACTED** would be dismissed. I helped Corporal Duce work on final evaluation paperwork for both of them. I reviewed Recruit P**REDACTED**'s final Academy evaluation with him. After it was done, I asked him if he thought anything should be added, removed, or simply changed. Recruit P**REDACTED** stated it look accurate. He signed it and initialed that he agreed. I provided that to Ms. Johnson and that concluded my involvement in this incident.